**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re: MARTIN D KOKOCINSKI** | | |
| **BETH A LANG-KOKOCINSKI** ) | | **12-38163** |
| ) | | |
| ) | | |
| Debtor(s) ) | | **Judge BLACK** |

*NOTICE OF WITHDRAWAL*

MARTIN D KOKOCINSKI
BETH A LANG-KOKOCINSKI
10S117 PLAINFIELD RD
NAPERVILLE, IL 60564

     Please take notice that Docket #43 the Chapter 13 Final Report and Account filed September 3, 2014 and Docket #44 Discharge of Trustee filed September 3, 2014 are being withdrawn.

     I certify that this office caused a copy of this notice to be delivered to the above listed persons by depositing it in the U.S. Mail on October 24, 2014.

                                                     /S/
                                                     Jeff Reed
                                                     For Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Rd #650
Lisle, IL 60532-4350
630-981-3888